

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-12-00372-CV

Trial Court Cause
Number:      1154895

Style:      KTRK Television, Inc.("KTRK")

     **v** Theaola Robinson

Date motion filed[*]:      April 10, 2013

Type of motion:      Unopposed Motion to Reset Oral Argument

Party filing motion:      Appellant

Document to be filed:      N/a

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

☒ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/** Jim Sharp
     ☒ Acting individually     ☐ Acting for the Court

Panel consists of

Date: April 15, 2013